CYNTHIA L. MELLEMA (State Bar No. 122798)
EMILY S. NOZICK (State Bar No. 201050)
SNR DENTON US LLP
2121 N. California Blvd., Suite 800
Walnut Creek, CA 94596
Tel.: (925) 949-2600, Fax: (925) 949-2610
Email: cynthia.mellema@snrdenton.com
emily.nozick@snrdenton.com

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

HOWARD G. CURTIS (State Bar No. 79015)
MCINERNEY & DILLON, P.C.
1999 Harrison Street, 17th Floor
Oakland, CA 94612-4700
Tel.: (510) 465-7100, Fax: (510) 465-8556
Email: hgc@mcinerney-dillon.com

Attorneys for Defendant
NICOLAS DONATIELLO

ADAM C. DAWSON (State Bar No. 136551)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel.: (415) 954-4400, Fax: (415) 954-4480
Email: adawson@fbm.com

Attorneys for Defendants
ANDRE NEUMANN-LORECK and KAY H. YUN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>ANDRE NEUMANN-LORECK, KAY H. YUN, and NICOLAS DONATIELLO,<br><br>  Defendants. | No. 3:12-cv-00773-JSW<br><br>**STIPULATION OF DISMISSAL OF NICOLAS DONATIELLO WITHOUT PREJUDICE AND [PROPOSED] ORDER THEREON**<br>**[FED.R.CIV.P. 41(a)(1)(A)(ii)]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ALLSTATE INSURANCE COMPANY and Defendant NICOLAS DONATIELLO agree that Defendant NICOLAS DONATIELLO is hereby DISMISSED from this action, WITHOUT PREJUDICE, with each party to bear her, his or its own costs and fees.  Defendants ANDRE NEUMANN-LORECK and KAY H. YUN agree to the dismissal without prejudice of NICOLAS DONATIELLO.  The parties respectfully request that the Court approve and give effect to this Stipulation.

SIGNATURE ATTESTATION:

Pursuant to Civil Local Rule 5.1, section (i), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

By /s/ EMILY NOZICK
EMILY NOZICK

**IT IS SO STIPULATED.**

Dated:  July 27, 2012                SNR DENTON US LLP


By /s/ CYNTHIA L. MELLEMA
CYNTHIA L. MELLEMA

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

Dated:  July 27, 2012                MCINERNEY & DILLON, P.C.


By /s/ HOWARD G. CURTIS
HOWARD G. CURTIS

Attorneys for Defendant
NICOLAS DONATIELLO

No. 3:12-cv-00773-JSW                                  STIPULATION OF DISMISSAL
                    2                                              (DONATIELLO)

| | | |
|---|---|---|
| 1 | Dated: July 27, 2012 | FARELLA BRAUN + MARTEL LLP. |
| 2 | | |
| 3 | | By /s/ *ADAM C. DAWSON* |
| 4 | | ADAM C. DAWSON |
| 5 | | Attorneys for Defendants<br>ANDRE NEUMANN-LORECK and KAY H. YUN |

**IT IS SO ORDERED.**

Dated: July 27, 2012      _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

SNR DENTON US LLP
2121 N. CALIFORNIA BLVD., SUITE 800
WALNUT CREEK, CALIFORNIA 94596
(952) 949-2600