CYNTHIA L. MELLEMA (State Bar No. 122798)
EMILY S. NOZICK (State Bar No. 201050)
SNR DENTON US LLP
2121 N. California Blvd., Suite 800
Walnut Creek, CA 94596
Tel.: (925) 949-2600, Fax: (925) 949-2610
Email: cynthia.mellema@snrdenton.com
emily.nozick@snrdenton.com

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

ADAM C. DAWSON (State Bar No. 136551)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel.: (415) 954-4400, Fax: (415) 954-4480
Email: adawson@fbm.com

Attorneys for Defendants
ANDRE NEUMANN-LORECK and KAY H. YUN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANDRE NEUMANN-LORECK, KAY H. YUN, and NICOLAS DONATIELLO,<br><br>Defendants. | No. 3:12-cv-00773-JSW<br><br>**STIPULATION OF DISMISSAL OF ANDRE NEUMANN-LORECK AND KAY H. YUN WITH PREJUDICE AND [PROPOSED] ORDER THEREON [FED.R.CIV.P. 41(a)(1)(A)(ii)]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ALLSTATE INSURANCE COMPANY and Defendants ANDRE NEUMANN-LORECK and KAY H. YUN agree that Defendants ANDRE NEUMANN-LORECK and KAY H. YUN are hereby DISMISSED from this action, WITH PREJUDICE, with each party to bear her, his or its own

costs and fees. The parties respectfully request that the Court approve and give effect to this Stipulation.

SIGNATURE ATTESTATION:

Pursuant to Civil Local Rule 5.1, section (i), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

By     /s/ EMILY NOZICK
        EMILY NOZICK

**IT IS SO STIPULATED.**

Dated: August 27, 2012      SNR DENTON US LLP

By     /s/ CYNTHIA L. MELLEMA
        CYNTHIA L. MELLEMA

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

Dated: August 27, 2012      FARELLA BRAUN + MARTEL LLP.

By     /s/ ADAM C. DAWSON
        ADAM C. DAWSON

Attorneys for Defendants
ANDRE NEUMANN-LORECK and KAY H. YUN

**IT IS SO ORDERED.**

Dated: August 28, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE